**James COFFEY and Christianamercy Coffey, Plaintiffs/Appellants,**

v.

**Mark KNOFT, Defendant/Respondent.**

**No. ED 83273.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 9, 2004.

**422**

George J. Miller, The Miller/Salsbury Law Firm, Eureka, MO, for appellants.

William F. James, Wuestling & James, L.C., St. Louis, MO, for respondent.

Before GLENN A. NORTON, P.J., KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

## ORDER

PER CURIAM.

Plaintiffs, James Coffey and Christianamercy Coffey, appeal from the entry of summary judgment in favor of defendant. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).